CASE NUMBER 1:06MS00468
JUDGE: Unassigned
DECK TYPE: Miscellanous
DATE STAMP: 10/26/2006

AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES D
FOR THE         DISTRICT OF         NEW JERSEY

LEONARD BERGER

V.

STRONGHOLD TECHNOLOGIES, INC.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number:    CV-06-2440(KSH)

I, _____WILLIAM T. WALSH_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___7/31/06___, as it
                                                                                                            Date
appears in the records of this court, and that

\* No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

10/11/06                          WILLIAM T. WALSH
Date                              Clerk

                                  _____
                                  (By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
FOR THE FEDERAL DISTRICT OF NEW JERSEY

| LENARD BERGER<br><br>Petitioner,<br>v.<br>STRONGHOLD TECHNOLOGIES, INC.<br><br>Respondent. | NO. 06-2440 (KSH)<br><br>O R D E R |
|---|---|

AND NOW, this 31st day of July, 2006, upon consideration of Lenard Berger's Petition to Confirm Arbitration Award, and any response thereto, it is hereby ORDERED and ADJUDGED that:

1. The Petition is GRANTED.

2. The Arbitration Award rendered is CONFIRMED.

3. Judgment is entered in favor of Lenard Berger and against Stronghold Technologies, Inc. in the amount of $214,361.52.

4. Stronghold Technologies, Inc. is hereby ORDERED to take appropriate action to remove any restrictions on any stock certificates held by Lenard Berger in Stronghold Technologies, Inc. within thirty (30) days of the date of this Order.

BY THE COURT:

Katharine S. Hayden, U.S.D.J.

8763

I HEREBY CERTIFY that the above
and foregoing is a true and correct copy of
the original on file in my office

WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

Sheree Laine
Deputy Clerk